UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:15-cv-208-FL

| | |
|---|---|
| TRACIE KNIGHT, ADMINISTRATRIX FOR THE ESTATE OF LAWRENCE GRAHAM, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF FAYETTEVILLE, DENTON LITTLE, both individually and in his official capacity as law enforcement officer with the Fayetteville Police Department, and HAROLD MEDLOCK, individually and in his official capacity as a law enforcement officer with the Fayetteville Police Department, <br><br> Defendants. | **ORDER** |

Defendants having made application for leave to manually file Exhibits A, B and C to the Affidavit of Phillip Burlingame (attached as Exhibit B to Defendants' Appendix to Local Civil Rule 56.1 Statement of Material Facts), as these exhibits are CDs of police dashcam video;

And it appearing to the Court that good cause exists for the granting of this Motion and that said Motion should be allowed; and

IT IS NOW THEREFORE ORDERED that Defendants are granted leave to manually file Exhibits A, B and C to the Affidavit of Phillip Burlingame (attached as Exhibit B to Defendants' Appendix to Local Civil Rule 56.1 Statement of Material Facts).

This the  8th  day of September, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE