UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| TRACIE KNIGHT, Administrator for the Estate of Lawrence Graham, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **JUDGMENT** |
| CITY OF FAYETTEVILLE; DENTON LITTLE, both individually and in his official capacity as a law enforcement officer with the Fayetteville Police Department; and HAROLD MEDLOCK, both individually and in his official capacity as a law enforcement officer with the Fayetteville Police Department, | ) ) ) ) ) ) ) ) ) ) ) | No. 5:15-CV-208-FL |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 10, 2017, and for the reasons set forth more specifically therein, that the defendants' motion for summary judgment is granted.

**This Judgment Filed and Entered on February 10, 2017, and Copies To:**

Allen W. Rogers, Coy E. Brewer, Jr.; Dan McCord Hartzog, Jr., Karen M. McDonald, and James C. Thornton (via CM/ECF Notice of Electronic Filing)

February 10, 2017        JULIE RICHARDS JOHNSTON, CLERK
                          /s/ Christa N. Baker
                         (By) Christa N. Baker, Deputy Clerk